IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| **CAROL A. JONES,**<br><br>    **Plaintiff,**<br><br>**vs.**<br><br>**JANET CLIGGOTT,** *et al.,*<br><br>    **Defendants.** | **Civil Action No. 1:16-cv-00147**<br>**1:16-cv-01160** |

## JOINT MOTION FOR ORDER FOR DISMISSAL

Plaintiff Carol A. Jones and defendants Janet Cliggott and Christina Cliggott jointly move for entry of the attached Order of Dismissal. The parties have resolved their differences and agree that the attached Order of Dismissal, which dismisses the case with prejudice, is the appropriate means to end this litigation. Accordingly, the parties respectfully request that the Court grant their motion and enter the agreed Order of Dismissal in this matter.

Dated:  January 20, 2017

| | |
|---|---|
| HARVEY & BINNALL, PLLC<br>717 King Street, Suite 300<br>Alexandria, Virginia 22314<br>Telephone: (703) 888-1943 | LAW OFFICE OF JOSEPH A. BLASZKOW<br>85 S. Bragg Street, Suite 404<br>Alexandria, Virginia 22312<br>Telephone: (703) 879-5910 |
| /s/ Jesse R. Binnall<br>Jesse R. Binnall (VSB #79292)<br>jbinnall@harveybinnall.com<br>*Counsel for Plaintiff* | /s/ Joseph A. Blaszkow<br>Joseph A. Blaszkow (VSB #22996)<br>J.Blaszkow@Blaszkow.com<br>*Counsel for Defendants* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 20, 2017, I filed the foregoing using the Clerk's CM/ECF system, which will provide notice to all counsel of record. There are no *pro se* parties.

/s/ Jesse R. Binnall
Jesse R. Binnall (VSB #79292)
HARVEY & BINNALL, PLLC
717 King Street, Suite 300
Alexandria, VA 22314
Tel: (703) 888-1943
Fax: (703) 888-1930
jbinnall@harveybinnall.com
*Counsel for Plaintiff*